# Exhibit A

**(Service of Process)**



# Notice of Service of Process

null / ALL
Transmittal Number: 22277744
Date Processed: 11/10/2020

| | |
|---|---|
| Primary Contact: | Cindy Clipper<br>Element Vehicle Management Services, LLC<br>940 Ridgebrook Rd<br>Sparks, MD 21152-9390 |
| Electronic copy provided to: | Julianne DeGroat |

| | |
|---|---|
| Entity: | D.L. Peterson Trust<br>Entity ID Number 2807311 |
| Entity Served: | DL Peterson Trust |
| Title of Action: | Magdalena Mata De Avalos vs. Lucas Chance Miller |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Personal Injury |
| Court/Agency: | Harris County District Court, TX |
| Case/Reference No: | 2020-63257 |
| Jurisdiction Served: | Maryland |
| Date Served on CSC: | 11/09/2020 |
| Answer or Appearance Due: | 10:00 am Monday next following the expiration of 30 days after service |
| Originally Served On: | Secretary of State in TX on 10/22/2020 |
| How Served: | Certified Mail |
| Sender Information: | Jason D. Goff<br>713-528-7711 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**Exhibit**

**A**

Secretary of State
Service of Process
P.O. Box 12079
Austin, Texas 78711-2079



7190 1046 4701 0123 3018

**Return Receipt (Electronic)**

2021321824-1

DL Peterson Trust
Registered Agent CSC Lawyers Incorporating Service Company
Any Other Officer Direcr or Registered Agent that May Be Found
7 St Paul Street
Baltimore, MD 21202

---
CUT / FOLD HERE

# The State of Texas



Service of Process
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-0873
Dial 7-1-1 For Relay Services
www.sos.texas.gov

### Ruth R. Hughs
### Secretary of State

October 22, 2020

| 2021-321824-1 |
| Include reference number in all correspondence |

DL Peterson Trust
Registered Agent CSC Lawyers Incorporating Service Company
Any Other Officer Direcr or Registered Agent that May Be Found
7 St Paul Street
Baltimore, MD 21202

RE:   Magdalena Mata De Avalos vs Lucas Chance Miller
80th Judicial District Court Of Harris County, Texas
Cause No. 202063257

Dear Sir/Madam,

Pursuant to the Laws of Texas, we forward herewith by CERTIFIED MAIL, return receipt requested, a copy of the process received by the Secretary of State of the State of Texas on October 13, 2020.

CERTIFIED MAIL #71901046470101233018

Refer correspondence to:

Jason D. Goff
Law Offices of Marcos & Associates, PC
228 Westheimer Road
Houston, TX 77006

Sincerely,

Service of Process
Government Filings
512-463-1662
GF/wj
Enclosure

CAUSE NO. 2020-63257

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO. 899508
TRACKING NO: 73797257

Plaintiff:                                          In The 080th Judicial District
MATA DE AVALOS, MAGDALENA                           Court of Harris County, Texas
vs.
Defendant:
MILLER, LUCAS CHANCE                                                    Houston, Texas

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

To:  ·  DL PETERSON TRUST (FOREIGN CORPORATION) MAY BE SERVED THROUGH THE TEXAS
         SECRETARY OF STATE P O BOX 12079 AUSTIN TEXAS 78711-2079
     FORWARD TO: REGISTERED AGENT CSC LAWYERS INCORPORATING SERVICE COMPANY ANY OTHER
     OFFICER DIRECTOR OR REGISERED AGENT THAT MAY BE FOUND
     7 ST PAUL STREET , BALTIMORE MD 21202

     Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on October 5, 2020 in the above cited cause number and court.  The instrument attached describes
the claim against you.

     YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with
the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 30 days after
you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on October 6, 2020, under my hand and seal of said court.



                                                    _Marilyn Burgess_

Issued at the request of:                           Marilyn Burgess, District Clerk
GOFF, JASON D                                       Harris County, Texas
14711 PEBBLE BEND DRIVE                              201 Caroline,  Houston Texas 77002
HOUSTON, TX  77068                                  (PO Box 4651, Houston, Texas 77210)
713-554-2624
Bar Number 24052857

                                                    Generated By: MARCELLA HILL

RECEIVED
SECRETARY OF STATE
OCT 13 2020
Service of Process

321824

Tracking Number: 73797257

CAUSE NUMBER: 2020-63257

| | |
|---|---|
| PLAINTIFF: MATA DE AVALOS, MAGDALENA | In the 080th |
| vs. | Judicial District Court of |
| DEFENDANT: MILLER, LUCAS CHANCE | Harris County, Texas |

**OFFICER - AUTHORIZED PERSON RETURN**

Came to hand at _____ o'clock ____.M. on the _____ day of _____, 20____. Executed at

Address)_____ in

_____ County at o'clock ____.M. on the _____ day of _____, 20____, by

Summoning the _____ Delivering to

_____in person a corporation  By leaving in the principal office during

office hours_____ of the said_____ a true copy of this

notice, together with accompanying copy of _____To certify which I

affix my hand officially this _____ day of _____, 20___.

Fees $_____

_____ By_____

_____Affiant_____Deputy_____

On this day, _____, known to me to be the person whose signature

appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was

executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20___

_____

Notary Public